NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-7047

LOIS L. ROCKWELL,

Claimant-Appellant,

v.

JAMES B. PEAKE, M.D., Secretary of Veterans Affairs,

Respondent-Appellee.

Kenneth M. Carpenter, Carpenter, Chartered, of Topeka, Kansas, argued for claimant-appellant.

Elizabeth A. Holt, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were Gregory G. Katsas, Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Deputy Director. Of counsel were David J. Barrans, Deputy Assistant General Counsel, Martie S. Adelman, Staff Attorney, and Y. Ken Lee, Staff Attorney, Office of the General Counsel, United States Department of Veterans Affairs, of Washington, DC.

Appealed from: United States Court of Appeals for Veterans Claims

Judge William A. Moorman

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-7047

LOIS L. ROCKWELL,

Claimant-Appellant,

v.

JAMES B. PEAKE, M.D., Secretary of Veterans Affairs,

Respondent-Appellee.

# Judgment

ON APPEAL from the United States Court of Appeals for Veterans Claims

in CASE NO(S).05-2867.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (BRYSON, PLAGER, and DYK, Circuit Judges.)

AFFIRMED.  See Fed. Cir. R.36

ENTERED BY ORDER OF THE COURT

DATED: November 14, 2008        /s/ Jan Horbaly
                                Jan Horbaly, Clerk